IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BARBARA ANN OXFORD**,

      Plaintiff,

  v.

**NANCY A. BERRYHILL**,
Acting Commissioner of Social
Security,

      Defendant.

No. 1:16-cv-01763-JE

OPINION AND ORDER

**MOSMAN, J.**,

On December 12, 2017, Magistrate Judge John Jelderks issued his Findings and Recommendation (F&R) [15], recommending the Commissioner's decision be REVERSED and this case REMANDED for further proceedings. No party objected.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation and I ADOPT the F&R [15] as my own opinion. The Commissioner's decision is REVERSED and this case REMANDED for further proceedings.

IT IS SO ORDERED.

DATED this 7th day of February, 2018.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge